UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:18-CR-290-T-17AAS

J. BRADLEY TATSCH.

_____/

ORDER

This cause is before the Court on:

Dkt. 52    Unopposed Motion to Release Passport

Defendant J. Bradley Tatsch moves for release of his passport, which is being held by U.S. Pretrial Services. Defendant Tatsch was sentenced on April 19, 2019 to 60 months probation.

The Government does not object to Defendant Tatsch's Motion.

After consideration, Defendant Tatsch's Motion to Release Passport is granted. Accordingly, it is

**ORDERED** that Defendant J. Bradley Tatsch's Motion to Release Passport (Dkt. 52) is **granted.**

Case No. 8:18-CR-290-T-17AAS

**DONE and ORDERED** in Chambers in Tampa, Florida on this 17th day of June, 2019.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:

All parties and counsel of record
U.S. Probation Office
U.S. Pretrial Services