UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:18-CR-290-T-17AAS

J. BRADLEY TATSCH.

_____/

ORDER

This cause is before the Court on:

Dkt. 58  Unopposed Motion for Order Authorizing the United States Probation Office to Approve Defendant's Travel Outside the Country for Work-Related Purposes Without the Need to Obtain Prior Approval From the Court

Defendant J. Bradley Tatsch moves for an Order granting the United States Probation Office the authority to approve Defendant's travel outside the United States for work-related Purposes without the need to obtain prior approval from the Court.

The Government does not oppose Defendant Tatsch's Motion.

After consideration, the Court grants Defendant Tatsch's Unopposed Motion. Accordingly, it is

**ORDERED** that Defendant J. Bradley Tatsch's Unopposed Motion for Order Authorizing the United States Probation Office to Approve Defendant's Travel Outside the Country for Work-Related Purposes Without the Need to Obtain Prior Approval From the Court (Dkt. 58) is **granted**.

Case No. 8:18-CR-390-T-17AAS

**DONE and ORDERED** in Chambers in Tampa, Florida on this 18th day of October, 2019.



ELIZABETH A. KOVACHEVICH
Senior United States District Judge

Copies to:
All parties and counsel of record
U.S. Probation Office
U.S. Marshal